KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAULINE HEFLIN-CORDERO, <br><br> Defendant. | CASE NO.: CV 16-4226 <br><br> CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, PAULINE HEFLIN-CORDERO, in the total amount of $11,622.99.

Dated: August 30, 2016

KIRY K. GRAY, CLERK
United States District Court
Central District of California

/s/ Jenny Lam
By: Deputy Clerk

1